# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 26 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Larry Darnell Hickbottom (1) | **WARRANT FOR ARREST**<br>Case Number: 18cr0921-DMS |

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Larry Darnell Hickbottom (1)
                                                 Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense): 7/25/21
DATE: _____
ARRESTED BY: USMS
                Dominguez
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

In violation of Title  See Above  United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ N. Flores | July 23, 2021, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $  No Bail  by  The Honorable Dana M. Sabraw
                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |